JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA GONZALEZ GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: 2:21-CV-03235-SB-PLA<br><br>*[Honorable Stanley Blumenfeld Jr.]*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: February 19, 2021<br>Trial: None Set |

# ORDER

WHEREAS, MAYRA GONZALEZ GARCIA ("Plaintiff") and TARGET CORPORATION ("Defendant") (collectively, the "Parties") have submitted a Joint Stipulation for Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties herein have resolved the claims asserted in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED**

Dated: June 17, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge